## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

James Benjamin Gosnell, Jr.

CASE NO. 2:25-cr-1174

## PLEA

The Defendant, __James Benjamin Gosnell, Jr.__, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)  Defendant

Date: October 23, 2025
Charleston, South Carolina