IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 2:25-cr-1174-RMG |
| | ) | |
| -versus- | ) | |
| | ) | |
| JAMES BENJAMIN GOSNELL, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR AN EXTENTION OF TIME WITHIN WHICH TO FILE HIS MOTION TO SUPPRESS AND REQUEST FOR A FRANKS HEARING**

Comes Now, the Defendant, James B. Gosnell, Jr., by and through his undersigned counsel Lionel S. Lofton and respectfully moves this Honorable Court for an extension of time to file his Motion to Suppress and request for a Franks Hearing.

In support of this motion, defendant states as follows:

1. Defense counsel is still receiving and needs time to review additional discovery in order to be able to thoroughly draft his Motion to Suppress;

2. Defense counsel has notified the Government, and the Government has no objection to Defendant's extension request;

3. Based on the scheduling order set by the Court, the Defendant's motion is currently due on December 10, 2025.

4. Defense counsel is requesting a 14-day extension which if granted would make the new due date as December 24, 2025.

Defense counsel respectfully requests an extension of 14 additional days to file his motion to suppress.

        Respectfully submitted,

        LOFTON & LOFTON, P.C.


BY:    s/Lionel S. Lofton
        LIONEL S. LOFTON, #2711
        V. LYNN LOFTON, #8059
        225 Seven Farms Drive, Suite 109
        Charleston, SC 29492
        (843) 722-6319 Office
        (843) 722-6372 Facsimile
        Lofton@loftonandlofton.com

        ATTORNEY FOR DEFENDANT

Charleston, South Carolina

December 8, 2025