IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NUMBER: 2:25-cr-1174-RMG |
| ) | |
| -versus- ) | |
| ) | |
| JAMES BENJAMIN GOSNELL, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION TO SEAL HIS MOTION TO SUPPRESS**

Comes Now, the Defendant, James B. Gosnell, Jr., by and through his undersigned counsel, Lionel S. Lofton, and respectfully moves this Honorable Court to seal the Motion to Suppress including Exhibits. The Court has the inherent authority to seal these documents. *See Baltimore Sun v. Goetz*, 886 F.2d 60 (4th Cir.1988.). The purpose of the Defendant's request is to protect the information contained within these documents which was previously sealed in *US v. Target Premises*, 2:25-cr-1101-MHC on September 18, 2025, *Id* at ECF Docket No. 3 and 4.

Based on the foregoing, the Defendant requests that the Motion to Suppress including Exhibits attached thereto be filed under seal.

        Respectfully submitted,

        LOFTON & LOFTON, P.C.

BY:    <u>s/Lionel S. Lofton</u>
        LIONEL S. LOFTON, #2711
        V. LYNN LOFTON, #8059
        225 Seven Farms Drive, Suite 109
        Charleston, SC 29492
        (843) 722-6319 Office
        (843) 722-6372 Facsimile
        Lofton@loftonandlofton.com

        ATTORNEY FOR DEFENDANT

Charleston, South Carolina

January 14, 2026