IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NUMBER: 2:25-CR-01174-RMG |
| | ) | |
| v. | ) | |
| | ) | **SUPPLEMENTAL MOTION FOR** |
| JAMES BENJAMIN GOSNELL, JR., and | ) | **DISCOVERY AND INSPECTION** |
| JOHN BADGER THORPE, | ) | **PURSUANT TO  F.R.CR.P.16 AND 26.2** |
| | ) | **AND FOR PRODUCTION OF** |
| Defendants. | ) | **EVIDENCE PURSUANT TO BRADY** |
| | ) | **V. MARYLAND** |
| | ) | |

COMES NOW the Defendant, JAMES BENJAMIN GOSNELL, JR., by and through his undersigned attorney, Lionel S. Lofton, and respectfully moves for discovery of statements, documents, records and other information pursuant to Rules 16 and 26.2 of the Federal Rules of Criminal Procedure, and Brady v. Maryland, 373 U.S. 83 (1963).  In accordance with these principles, the Defendant asks that the Court direct the Government to make available for inspection and copying the following information.

1.      Plea Agreement entered into with John Badger Thorpe; and

2.      Any and all communications to the general public through whatever means seeking information concerning any child who was ever alone with James Gosnell or held by James Gosnell and any responses received by the U. S. Attorney's Office, Homeland Security or any other government agency from any source including but not limited to tip lines and emails.

1

Should any of the foregoing items be discovered subsequent to compliance with this request, the Government is requested to immediately and in writing notify counsel for the Defendant of such subsequent discovered item or material and forthwith produce the same.

Respectfully submitted,

LOFTON & LOFTON, P.C.

BY:     s/Lionel S. Lofton
        LIONEL S. LOFTON, #2711
        V. LYNN LOFTON, #8059
        225 Seven Farms Drive, Suite 109
        Charleston, SC 29492
        (843) 722-6319 Office
        (843) 722-6372 Facsimile
        Lofton@loftonandlofton.com

        ATTORNEY FOR DEFENDANT

Charleston, South Carolina

May 11, 2026