IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

United States of America

    **vs**

                                                                           **CR NO. 2:25-1174**

James Benjamin Gosnell, Jr

**PLEA**

The defendant, **James Benjamin Gosnell, Jr,** having withdrawn his plea of Not Guilty entered October 23, 2025, pleads **GUILTY to** Count(s)___1 and 6___ of the **Indictment** after arraignment in open court.

                                                    (Signed) Defendant

Charleston, South Carolina

July 2, 2026