IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: 2:25-CR-01174-001 |
| -versus- | |
| JAMES BENJAMIN GOSNELL, JR., | **MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** |
| Defendant. | |

COMES NOW the Defendant, JAMES BENJAMIN GOSNELL, JR., through his undersigned attorney, Lionel S. Lofton, and respectfully moves this Honorable Court for an Order extending the time to file objections to the Presentence Investigation Report (PSR).

As grounds therefor, the Defendant would show as follows:

1. That on July 2, 2026, the Defendant plead guilty pursuant to a written Plea Agreement.

2. That the Presentence Investigation Report was emailed to Lofton & Lofton, PC, on August 25, 2026, with a deadline of September 9, 2026, to submit objections.

3. That the Defendant was transported to the Irwin County Detention Center (ICDC) in Ocilla, Georgia, on or about July 26, 2026, pending sentencing. ICDC is approximately 260 miles one-way from Charleston, SC. Accordingly, Counsel will need a minimum of three (3)days for travel and time to meet with the Defendant.

4. That AUSA Katherine Orville has no objection to an extension of time to file PSR Objections.

WHEREFORE the Defendant would respectfully request that this Honorable Court extend the time to submit Defendant's Objections to his PSR from September 9, 2026, to on or before September 21, 2026.

Respectfully submitted,

LOFTON & LOFTON, PC

BY: s/Lionel S. Lofton

LIONEL S. LOFTON, #2711
V. LYNN LOFTON, #8059
225 Seven Farms Drive, Suite 109
Charleston, SC 29492
(843) 722-6319 Office
(843) 722-6372 Facsimile
Lofton@loftonandlofton.com

Charleston, South Carolina

August 31, 2026